# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PRESTON SCOTT CORKERN

NO. 2022 KW 0755

**AUGUST 29, 2022**

In Re:   Preston Scott Corkern, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. CR2-80439.

**BEFORE:   McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

JMM
PMc

**Holdridge, J.,** dissents in part and would stay the writ application. The decision whether to apply **Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020) retroactively and grant postconviction relief on state collateral review to defendants convicted by nonunanimous juries in all or certain circumstances remains with the Louisiana Supreme Court. A state court may give broader effect to new rules of criminal procedure than is required by the relevant opinion. See **Danforth v. Minnesota,** 552 U.S. 264, 128 S.Ct. 1029, 169 L.Ed.2d 859 (2008). I would stay the writ application pending the Louisiana Supreme Court's decision in **State v. Reddick,** 2021-1893 (La. 2/15/22), 332 So.3d 1173, wherein the court has granted the writ application for consideration of whether **Ramos** applies retroactively on state collateral review.

COURT OF APPEAL, FIRST CIRCUIT

a.Sw

_____
DEPUTY CLERK OF COURT
FOR THE COURT